No. 479. SUCESIÓN ORRACH *v.* SUCESIÓN POLANCO.—Apelación procedente de la Corte de Distrito de Humacao. En apelación a la Corte Suprema de los Estados Unidos. Moción de la parte apelada para que se declare sin valor ni efecto la

admisión del recurso de apelación para ante la Corte Suprema de los Estados Unidos. Resuelto en enero 31, 1913. Denegada la moción por carecer de jurisdicción este tribunal para hacer tal declaración. Abogado del apelado: *Sr. Antonio Sarmiento.* Abogado de la parte apelante: *Sres. H. R. Francis* y *José de Guzmán Benítez.*